UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

BIGU HAIDER, VIJAY SHANTI, INDERJEET PARMAR, DIOGENES CARRASCO, TIMOTHY CAVARETTA, CHERNO JALLOW, and, Individually, on Behalf of All Others Similarly Situated, and as Class Representatives,

                         Plaintiffs,

                         -against-

UBER TECHNOLOGIES, INC., UBER LOGISTIK, LLC, UBER USA LLC, ACHT-NY, LLC, ACHTZEHN-NY, LLC, GARRET CAMP, ANDREW CHAPIN, DANACH-NY, LLC, DREIST-NY, LLC, DREIZEHN-NY, LLC, DRINNEN-NY, LLC, EINS-NY, LLC, ELF-NY, LLC, EINUNDZWANZIG-NY, LLC, FUNF-NY, LLC, FUNFZEHN-NY LLC, GRUN, LLC, J. WILLIAM GURLEY, HINTER, LLC, TRAVIS KALANICK, JOSH MOHRER, NEUN-NY, LLC, NEUNZEHN-NY, LLC, SCHMECKEN, LLC, SECHS-NY, LLC, SIEBEN-NY, LLC, SIEBZEHN-NY, LLC, UNTER, LLC, VIER-NY, LLC, VIERZEHN-NY, LLC, WEITER, LLC, ZEHN-NY, ZWANZIG-NY LLC, ZWEI-NY, LLC, ZWOLF-NY, LLC, jointly and severally,

                         Defendants.

---------------------------------------------------------------------------x

16 Civ 4098 (AKH)

SUPPLEMENTAL AFFIRMATION OF JEANNE MIRER

JEANNE MIRER affirms under penalties of perjury as follows:

1. I am a member of the bar of this Court and a partner of Mirer Mazzocchi Julien & Chickedantz, PLLC, attorneys for Plaintiffs Bigu Haider, Vijay Shanti, Inderjeet Parmer, Diogenes Carrasco, Timothy Cavaretta, and Cherno Jallow (collectively, "Plaintiffs") and putative class members. As such, I am familiar with all of the facts and circumstances of this action.

2. I submit this supplemental affirmation to place before the Court certain facts and documents relied upon by Plaintiffs in their motion for conditional class certification, court authorized notice, and expedited discovery, pursuant to 29 U.S.C. § 216 (b).

3. Attached hereto as **Exhibit 1** is the true and correct copy of Plaintiff Cherno Jallow's Affidavit.

Dated: New York, NY
      December 27, 2017

By: _____
Jeanne Mirer
Ria Julien
MIRER MAZZOCCHI JULIEN & CHICKEDANTZ, PLLC
150 Broadway, Twelfth Floor
New York, NY 10038
Tel: 212-231-2235
Fax: 646-219-0946
*Attorney for Plaintiffs*