ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy          Date: 8/20/18
        by Order of Judge Alvin K. Hellerstein

Haider et al. v. Uber Technologies, et al. - 16 Civ. 4098(AKH)

The status conf. previously set for 8/24/2018 @ 11:00 a.m. is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

Date:  August 31, 2018
Time:  10:00 a.m.
Place: U.S. Courthouse - Southern District of New York
       500 Pearl Street
       Courtroom 14D
       New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

/s/ A. K. Hellerstein
8-20-18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/18